**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **18-35413** |
| | ) | |
| **CORETTA BRADFORD,** | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | **Hon. DOYLE** |

**NOTICE**

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated March 5, 2019, docket #22.

Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.  The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed.  See Bankruptcy Rule 3015.  In addition, you may need to file a timely proof of claim in order to be paid under any plan.

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before March 13, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  March 13, 2019           /s/ Robert C. Bansfield Jr.
                                            Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

## **Service List**

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee:  ecf@tvch13.net

**The following parties have been served via regular US Mail:**

Capital One Auto Finance,
a division of Capital One, NA Dept
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118